In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00016-CV
_____

IN THE INTEREST OF M.W.

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 21-11-16125-CV

**MEMORANDUM OPINION**

M.W., Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex.

R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a

decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App.

P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 26, 2023
Opinion Delivered April 27, 2023

Before Golemon, C.J., Johnson and Wright, JJ.

1